**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
IN RE:  ZIMMER M/L TAPER HIP                   :
PROSTHESIS OR M/L TAPER                         :        MDL NO. 2859
HIP PROSTHESIS WITH KINECTIV               :
TECHNOLOGY AND                                        :        Master Docket No.
VERSYS FEMORAL HEAD PRODUCTS        :        1:18-md-02859-PAC-OTW
LIABILITY LITIGATION                                 :
                                                                       :        Honorable Paul A. Crotty
-----------------------------------------------------------------x
This document applies to:

*Jerry Adams v. Zimmer, Inc., et al.* – 1:19-CV-09105
*Kristine Adams and Brooke Adams v. Zimmer, Inc., et al.* –
1:19-v-03761
*Eleanor Adamski v. Zimmer, Inc., et al.* – 1:21-cv-07725
*Janice Aguirre v. Zimmer, Inc., et al.* – 1:19-cv-08110
*Sam Ahlgren and Sheila Ahlgren v. Zimmer, Inc., et al.* –
1:19-cv-09112
*William Albair and Sandra Albair v. Zimmer, Inc., et al.* –
1:19-cv-02941
*Nathan M. Allen, Jr. v. Zimmer, Inc., et al.* – 1:20-cv-04752
*Carol T. Anderson v. Zimmer, Inc., et al.* – 1:20-cv-00491
*Mary Margaret Anderson and Marshall T. Fay III v. Zimmer,
Inc., et al.* – 1:20-cv-01025
*Arla M. Angell v. Zimmer, Inc., et al.* – 1:20-cv-06749
*Gregory K. Archibald and Jerry Archibald v. Zimmer, Inc., et
al* – 1:19-cv-04147
*Thomas K. Arnold v. Zimmer, Inc., et al.* – 1:21-cv-07595
*Dennis J. Artman v. Zimmer, Inc., et al.* – 1:21-cv-06572
*Jerome Atkins v. Zimmer, Inc., et al.* – 1:20-cv-00369
*Leonard Balewski, as Executor of the Estate of Carol L.
Balewski & Leonard Balewski v. Zimmer, Inc., et al.* – 1:19-
cv-03902
*Ronald G. Barnes v. Zimmer, Inc., et al.* – 1:19-cv-07791
*Bruce Barott and Sandy Barott v. Zimmer, Inc., et al.*
– 1:19-cv-07515
*Jan Bauman v. Zimmer, Inc., et al.* – 1:19-cv-03684
*Patricia Beaudoin v. Zimmer, Inc., et al.* – 1:19-cv-
03860
*Lewis Bellas and Penny Bellas v. Zimmer, Inc., et al.* –
1:19-cv-07004
*Maureen Benner v. Zimmer, Inc., et al.* – 1:21-cv-
07733

*Robert J. Beres and LuAnn Beres v. Zimmer, Inc., et al. – 1:21-cv-02699*

*Donna Berry v. Zimmer, Inc., et al. – 1:21-cv-03581*

*Sandra R. Borncamp v. Zimmer, Inc., et al. – 1:21-cv-07705*

*Janann Botzau and Tomas Botzau v. Zimmer, Inc., et al. 1:19-cv-03794*

*Sheryl Boyd and James Gayda v. Zimmer, Inc., et al. – 1:19-cv-07005*

*Paul Bradshaw v. Zimmer, Inc., et al. – 1:20-cv-00785*

*Stanley M. Brooks, et al. v. Zimmer Holdings, Inc., et al. – 1:21-cv-05129*

*Daniel Brosnan and Roberta Brosnan v. Zimmer, Inc., et al. – 1:18-cv-10193*

*Michael K. Brown v. Zimmer, Inc, et al. – 1:22-cv-3263*

*Russell Bruesewitz and Robalee Bruesewitz v. Zimmer, Inc., et al – 1:19-cv-02153*

*Lynn Buehring and Stephen Buehring v. Zimmer, Inc., et al. – 1:19-cv-10487*

*Eunice Buning v. Zimmer, Inc., et al. – 1:19-cv-02821*

*David Buterbaugh v. Zimmer, Inc., et al. – 1:20 -cv-03538*

*Martin Calvin and Deborah Calvin v. Zimmer, Inc., et al. – 1:21-cv-07754*

*Robert Campbell and Roseanne Mizzoni v. Zimmer, Inc., et al. – 1:19-cv-04358*

*Donald Campeau and Susan D. Campeau v. Zimmer, Inc., et al. – 1:19-cv-08387*

*Diane Chase and Bruce Bourque v. Zimmer, Inc., et al. – 1:19-cv-03501*

*Henri J. Chenard v. Zimmer, Inc., et al. – 1:21-cv-07661*

*Lee H. Chodorow v. Zimmer, Inc., et al. – 1:21-cv-03946*

*Michael Cipro and Diana Cipro v. Zimmer, Inc., et al. – 1:19-cv-05966*

*Gary Cohen and Jeannine Cohen v. Zimmer, Inc., et al. – 1:21-cv-05645*

*Corinne M. Coleman v. Zimmer, Inc., et al. – 1:21-cv-01040*

*Kenneth Conrad and Esther Conrad v. Zimmer, Inc., et al. – 1:20-cv-00329*

*Mary Curran v. Zimmer, Inc., et al. – 1:20-cv-10845*

*Nanci Ames Curtis v. Zimmer, Inc., et al.* – 1:19-cv-03762

*Nicholas Dahinden v. Zimmer, Inc., et al.* – 1:21-cv-01685

*Glen Davis and Darcy Davis v. Zimmer Biomet, Inc., et al.* – 1:18-cv-10192

*Norine Day and James Strange v. Zimmer, Inc., et al.* – 1:21-cv-00873

*Ellen DeCotiis v. Zimmer, Inc., et al.* – 1:19-cv-03353

*Gerard P. DeMarco v. Zimmer, Inc., et al.* – 1:21-cv-07662

*Thomas Demianczyk and Ruth Ann Demianczyk v. Zimmer, Inc., et al.* – 1-21-cv-07702

*Pamela Dempsey v. Zimmer, Inc., et al.* – 1:19-cv-3503

*Thomas J. Denson v. Zimmer, inc., et al.* – 1:21-cv-05159

*Michael Derifield and Carole Derifield v. Zimmer, Inc., et al.* – 1:18-cv-09748

*Deric V. DiGiuseppe v. Zimmer, Inc., et al.* – 1:21-cv-07768

*Paula Dimit v. Zimmer, Inc, et al.* – 1:19-cv-07039

*Dennis Doble and Lenora Doble v. Zimmer, Inc., et al.* – 1:20-cv-02408

*David Dodge and Kerstin Gusterman v. Zimmer, Inc., et al.* – 1:21-cv-07762

*Linda Domagala v. Zimmer, Inc., et al.* – 1:21-cv-08194

*Marion Donahue and Joseph Donahue v. Zimmer, Inc., et al.* – 1:19-cv-03765

*Carole Dowling v. Zimmer, Inc., et al.* – 1:19-cv-03834

*Mary Downey v. Zimmer, Inc., et al.* – 1:18-cv-03621

*Alan Druskin v. Zimmer, Inc., et al.* – 1:20-cv-10426

*Gary P. Durst v. Zimmer Biomet Holdings, Inc., et al.* – 1-19-cv-00790

*Katherine Erlichman and Edward Erlichman v. Zimmer, Inc., et al.* – 1:20-cv-05040

*Melanie Erskine and John Erskine v. Zimmer, Inc., et al.* – 1:19-cv-07520

*Edith L. Escala & Gerald C. Escala v. Zimmer, Inc., et al.* – 1:21-cv-07632

*Magdalena Estrada and Raul Estrada v. Zimmer, Inc., et al.* – 1:19-cv-10615

*Julie Falcone v. Zimmer Biomet Holdings, Inc., et al.* – 1:20-cv-06303

*Janet E. Ferguson v. Zimmer, Inc., Inc., et al.* – 1:20-cv-09452

*Robert Fick v. Zimmer, Inc., et al.* – 1:18-cv-10809

*Jerod M. Field and Willi T. Field v. Zimmer, Inc., et al.* – 1:19-cv-02684

*Carol Fiene v. Zimmer, Inc., et al.* – 1:20-cv-05527

*Margaret Fig v. Zimmer US, Inc., et al.* – 1:23-cv-00971

*Nancy Finn and Peter Finn v. Zimmer, Inc., et al.* – 1:19-cv-09341

*Mary Fiocchi and John Fiocchi v. Zimmer, Inc., et al.* – 1:19-cv-07698

*Dona Fitzgerald v. Zimmer, Inc., et al.* – 1:19-cv-10046

*Brenda E. Flanagin v. Zimmer, Inc., et al.* – 1:21-cv-02506

*Allen Flesher and Adele Flesher v. Zimmer, Inc., et al.* – 1:20-cv-07446

*Patricia J. Flora v. Zimmer, Inc., et al.* – 1:21-cv-05462

*Barbara A. Flores v. Zimmer, Inc., et al.* – 1;20-cv-02492

*Dennis Foley and Donna Foley v. Zimmer, Inc., et al.* – 1:21-cv-07036

*Caryn Foss and John Foss v. Zimmer, Inc., et al.* – 1:21-cv-07663

*David C. Gabler and Wendy Gabler v. Zimmer Biomet Holdings, Inc., et al.* – 1:18-cv-10194

*Marjorie A. Gajeski and Peter T. Gajeski v. Zimmer, Inc., et al.* – 1:19-cv-06258

*Elaine Gallo v. Zimmer, Inc., et al.* – 1:20-cv-00775

*Barbara Garlington v. Zimmer, Inc., et al.* – 1:20-cv-09618

*Edward E. Geisler v. Zimmer, Inc., et al.* – 1:19-cv-11067

*Debora Gellatly v. Zimmer Biomet Holdings, Inc., et al.* – 1:18-cv-10796

*Rosalind B. Gerst v. Zimmer, Inc., et al.* – 1:19-cv-09424

*Barbara Gibson v. Zimmer, Inc., et al.* – 1:21-cv-05983

*John R. Giegel v. Zimmer, Inc., et al.* – 1:20-cv-04371

*Bruce D. Gingrich and Kathryn A. Gingrich v. Zimmer, Inc., et al.* – 1:20-cv-00853

*Albert Girtz and Barbara Girtz v. Zimmer, Inc., et al.* – 1:19-cv-06600

*Marlene H. Glaze and Jerry R. Glaze v. Zimmer, Inc.,
et al.* – 1:19-cv-10225

*Todd C. Goode v. Zimmer, Inc.* - 1:19-cv-03504

*Alfred Gosselin v. Zimmer, Inc., et al.* – 1:19-cv-
03767

*Kathleen Gotham v. Zimmer, Inc., et al.* - 1:19-cv-
03847

*Mary Graham-Fortin v. Zimmer, Inc., et al.* - 1:18-cv-
10647-PAC

*Stephen Grannell and Catherine Grannell v. Zimmer,
Inc., et al.* - 1:19-cv-03814-UA

*Sarah K. Gray v. Zimmer, Inc., et al.* - 1:19-cv-06595-
PAC

*Marijo Chilli Green v. Zimmer, Inc., et al.* - 1:19-cv-
02486-PAC

*Trudy Green and Joseph Green v. Zimmer, Inc., et al.*
- 1:20-cv-09833

*William H. Greene v. Zimmer, Inc., et al.* - 1:21-cv-
00379-PAC

*Judy Grumet v. Zimmer, Inc., et al.* - 1:23-cv-00968

*Elizabeth Hackett and Ray Hackett v. Zimmer, Inc., et
al.* - 1:18-cv-10008-PAC

*Louis Haddad and Debra Haddad v. Zimmer, Inc., et
al.* - 1:19-cv-00900-PAC

*John Hale v. Zimmer, Inc, et al.* - 1:19-cv-07523-UA

*Felicia Ham v. Zimmer, Inc., et al.* - 1:19-cv-03256-
PAC

*Diane Hammerling and Walter Hammerling v.
Zimmer, Inc., et al.* - 1:20-cv-03946

*Ruth Hanna v. Zimmer, Inc., et al.* - 1:20-cv-01421

*Margie Hanns v. Zimmer, Inc., et al.* - 1:21-cv-07637-
UA

*Allin Harley v. Zimmer, Inc., et al.* - 1:19-cv-04943-
UA

*Judith Harms v. Zimmer, Inc., et al.* - 1:18-cv-10003-
PAC

*Arthur Harris v. Zimmer, Inc., et al.* - 1:19-cv-10871

*Robert Harris and Dianna Harris v. Zimmer, Inc., et
al.* - 1:18-cv-11271-PAC

*Paulette Hartley v. Zimmer, Inc., et al.* - 1:19-cv-
01263-UA

*John Hawkins v. Zimmer, Inc., et al.* - 1:19-cv-03289

*Joline Hayward v. Zimmer, Inc., et al.* - 1:19-cv-
06605

*Robert Helt v. Zimmer, Inc., et al.* - 1:19-cv-04651

*Robert Heppner and Carol Heppner v. Zimmer, Inc., et al.* - 1:21-cv-01444
*Phillis Hibbs v Zimmer, Inc., et al.* - 1:20-cv-00776
*Daniel W. Hickey and Laura Jo Herman v. Zimmer, Inc., et al.* - 1:18-cv-09770-PAC
*Marilyn F. Hill v. Zimmer, Inc., et al.* - 1:20-cv-01642
*Matthew Hill v. Zimmer, Inc., et al.* - 1:19-cv-09067-PAC
*Ricardo Hinton v. Zimmer, Inc., et al.* - 1:21-cv-07765
*William Holland v. Zimmer, Inc., et al.* - 1:20-cv-04016-PAC
*William Hollenkamp v. Zimmer, Inc., et al.* - 1:18-cv-09772-PAC
*Marvin S. Hom v. Zimmer, Inc., et al.* - 1:20-cv-3524
*Janet Hone v. Zimmer, Inc., et al.* - 1:19-cv-06518-PAC
*Annemarie and Mark Hughes v. Zimmer, Inc., et al.* - 1:22-cv-01444-PAC
*Reynold Hulse v. Zimmer, Inc., et al.* - 1:19-cv-06664
*Christine Humphrey v. Zimmer, Inc., et al.* - 1:20-cv-01162
*Suzanne Jack v. Zimmer, Inc., et al.* - 1:19-cv-04076
*Caretha Jackson v. Zimmer, Inc., et al.* - 1:20-cv-02986-UA
*Judith Jackson and Verl Jackson v. Zimmer, Inc., et al.* - 1:21-cv-07717
*Judith James and Robert James v. Zimmer, Inc., et al.* - 1:21-cv-007787
*Linda Jefferson v. Zimmer, Inc., et al.* - 1:21-cv-06552-UA
*Joseph Jennings v. Zimmer, Inc., et al.* - 7:19-cv-09110
*Sherry Jessee v. Zimmer, Inc., et al.* - 1:19-cv-03989
*Kyle Johnson and Ellen Johnson v. Zimmer, Inc., et al.* - 1:19-cv-03638-UA
*Janet H. Jones v. Zimmer, Inc., et al.* - 1:19-cv-09432
*Lana Jones v. Zimmer, Inc., et al.* - 1:21-cv-3669
*Peter Kellman and Rebekah Yonan v. Zimmer, Inc., et al.* - 1:23-cv-02297
*Mary Kelly v. Zimmer, Inc., et al.* - 1:23-cv-00083-PAC
*Henry Kennedy and Betty Kennedy v. Zimmer, Inc., et al.* - 1:19-cv-03251-PAC
*Shelly Klobnak and Keith Klobnak v. Zimmer, Inc., et al.* - 1:19-cv-05369-PAC

*James Knapton v. Zimmer, Inc., et al.* - 1:19-cv-08360-PAC

*Ilene Knight v. Zimmer, Inc., et al.* - 1:19-cv-02184-PAC

*Alan Koraltan and Lynda Koraltan v. Zimmer, Inc., et al.* - 1:19-cv-03699-UA

*Thomas Kothman v. Zimmer, Inc., et al.* - 1:19-cv-04852

*Danny Kriseler v. Zimmer, Inc., et al.* - 1:20-cv-02350-UA

*Thomas Kucer v. Zimmer, Inc., et al.* - 1:21-cv-04841-PAC

*Richard Kulesza v. Zimmer, Inc., et al.* - 1:20-cv-00679

*Michael James Lambe and Marilyn Plitnik v. Zimmer, Inc., et al.* - 1:19-cv-10041

*Terrance F. Lambert v. Zimmer, Inc., et al.* - 1:19-cv-06256

*Steven Lane v. Zimmer, Inc., et al.* - 1:19-cv-3388-PAC

*Genevieve T. LaSota v. Zimmer, Inc., et al.* - 1:21-cv-05808

*Jeanette Laufer v. Zimmer, Inc., et al.* - 1:23-cv-01833-PAC

*Suzanne Laukka and Donald Laukka v. Zimmer, Inc., et al.* - 1:18-cv-09774-PAC

*Patricia League v Zimmer, Inc., et al.* - 1:19-cv-02185-PAC

*Gary J. LeClair v. Zimmer, Inc., et al.* - 1:19-cv-09430-PAC

*Georgia B. Leeman v. Zimmer, Inc., et al.* - 1:19-cv-08734

*Marcianne Lewandowski v. Zimmer, Inc., et al.* - 1:21-cv-07668-UA

*Jane Libby v. Zimmer, Inc., et al.* - 1:19-cv-03807

*Sandra Libby v. Zimmer, Inc., et al.* - 1:19-cv-03809-UA

*Mary Jo Liesch and Donald W. Liesch v. Zimmer, Inc., et al.* - 1:18-cv-09721-PAC

*Anne G. Liguori v. Zimmer, Inc., et al.* - 1:21-cv-05008-UA

*Joseph and Nancy Little v. Zimmer, Inc., et al.* - 1:18-cv-10393-PAC

*Robert T. Lloyd v. Zimmer, Inc., et al.* - 1:18-cv-10643-PAC

*Robert Longdin v. Zimmer, Inc., et al.* - 7:19-cv-08985

*Maureen S. Lovell and Charles N. Lovell v. Zimmer, Inc., et al.* - 1:20-cv-00149

*Thomas Lovering and Margaret Lovering v. Zimmer Inc., et al.* - 1:20-cv-02546

*Robert Luckasavage and Janice Luckasavage v. Zimmer, Inc., et al.* - 1:17-cv-07451-GBD

*Patricia Lundholm and Gerald Lundholm v. Zimmer, Inc., et al.* - 1:19-cv-07126

*Steven Maines and Kelli Maines v. Zimmer, Inc., et al.* - 1:19-cv-07525-UA

*Anthony Manocchio and Susan Manocchio v. Zimmer, Inc., et al.* - 1:19-cv-07173

*Joseph Marasati and Gladys Marasati v. Zimmer, Inc., et al.* - 1:19-cv-05156-UA

*Cynthia Marino v. Zimmer, Inc., et al.* - 1:21-cv-07713

*Randis Marquardt v. Zimmer, Inc., et al.* - 1:23-cv-02445

*Robert Marquis and Odette Marquis v. Zimmer, Inc., et al.* - 1:19-cv-03506-PAC

*Maureen Martin v. Zimmer, Inc., et al.* - 1:19-cv-11099-UA

*Richard W. Martin v. Zimmer, Inc., et al.* - 1:20-cv-07625-PAC

*Ernesto Martinez v. Zimmer, Inc., et al.* - 1:21-cv-07796

*Jo Mascorro v. Zimmer, Inc., et al.* - 1:22-cv-03505-PAC

*Patricia S. Mather v. Zimmer, Inc., et al.* - 1:21-cv-07620

*Dorothy Maxwell v. Zimmer, Inc., et al.* - 1:21-cv-02048

*Don R. McAllister v. Zimmer, Inc., et al.* - 1:20-cv-06166-UA

*John McCleery and Deborah McCleery v. Zimmer, Inc., et al.* - 1:19-cv-04361

*Holly McDaniel v. Zimmer, Inc., et al.* - 1:19-cv-11451-PAC

*Ellen McDermott v. Zimmer, Inc., et al.* - 1:22-CV-10601

*Maryann McDonald v. Zimmer, Inc., et al.* - 1:22-cv-07481

*Ronald Mertz v. Zimmer, Inc., et al.* - 1:19-cv-02646-PAC

*Kathleen J. Meservey v. Zimmer, Inc., et al.* - 1:21-cv-00501

*Jill Metzger v. Zimmer, Inc., et al.* - 1:18-cv-09998-PAC

*Pamela Michaud and William Michaud v. Zimmer, Inc., et al.* - 1:21-cv-02050

*Charles Michelsen and Serenah Michelsen v. Zimmer, Inc., et al.* - 1:20-cv-04222

*Frank Milito and Donna Milito v. Zimmer, Inc., et al.* - 1:21-cv-07672-UA

*Janice E. Miller and Donald Miller v. Zimmer, Inc., et al.* - 1:18-cv-10396-PAC

*Linda Miller v. Zimmer, Inc., et al.* - 1:20-cv-01448-PAC

*Nicholas Monsour and Nancy Monsour v. Zimmer, Inc., et al.* - 1:21-cv-04755

*Janice Montez v. Zimmer, Inc., et al.* - 1:19-CV-09331-PAC

*Wanda Moon v. Zimmer, Inc., et al.* - 1:19-cv-00141-PAC

*Susan Moore and Norman Moore v. Zimmer, Inc., et al.* - 1:19-cv-03812-UA

*Morgan, Thomas D. (Deceased) by Personal Representative Sharon L. Morgan v. Zimmer, Inc., et al.* - 1:20-cv-09213-PAC

*Margaret J. Murray v. Zimmer, Inc., et al.* - 1:15-cv-05508

*Luigi Muzzin v. Zimmer, Inc., et al.* - 1:21-cv-07675-UA

*John Myers and Joan Toth v. Zimmer, Inc., et al.* - 1:19-cv-04122

*Corinne Myhre v. Zimmer, Inc., et al.* - 1:20-cv-10841

*Rita Myrick v. Zimmer, Inc., et al.* - 1:18-cv-10644-PAC

*Judith Nagel v. Zimmer, Inc., et al.* - 1:20-cv-10310-PAC

*Jean Nattier v. Zimmer, Inc., et al.* - 1:18-cv-10189-PAC

*Daniel Rico Nava v. Zimmer, Inc., et al.* - 1:18-cv-09324-AJN

*Leon Neeley and Sharon Neeley v. Zimmer, Inc., et al.* - 1:19-cv-08356-PAC

*David Ness v. Zimmer, Inc., et al.* - 1:18-cv-10001-PAC

*Wendy Ness and Frederick Ness v. Zimmer, Inc., et al.* – 1:21-cv-02917

*Miloslava Nesvadba and Jaromir Nesvadba v. Zimmer, Inc., et al.* - 1:18-cv-12093-PAC

*Susan Nolin v. Zimmer, Inc., et al.* - 1:21-cv-00256-UA

*Donna Norrie v. Zimmer, Inc., et al.* - 1:19-cv-08948

*Concetta Norris v. Zimmer, Inc., et al.* - 1:19-cv-05370-PAC

*Carolyn Norton v. Zimmer, Inc., et al.* - 1:19-cv-05242-UA

*Tamma Nutting v. Zimmer, Inc., et al.* - 1:19-cv-00699-PAC

*Edward Olsen v. Zimmer, Inc., et al.* - 1:19-cv-06739

*Jeremiah T. O'Shea v. Zimmer, Inc., et al.* - 1:18-cv-02859-PAC

*Donata M. Ouellette v. Zimmer, Inc., et al.* - 1:20-cv-003561

*Jack Palmer v. Zimmer, Inc., et al.* - 1:22-cv-08973-UA

*Linda and Antonio Panebianco v. Zimmer, Inc., et al.* - 1:20-cv-03609-UA

*David Pastor v Zimmer, Inc., et al.* - 1:18-cv-09772-PAC

*Sandra Perala and Paul Perala v. Zimmer, Inc., et al.* - 1:19-cv-06608-UA

*Carolyn Perkins v. Zimmer, Inc., et al.* - 1:19-cv-06692

*Meredith Perkins and Stephen Perkins v. Zimmer, Inc., et al.* - 1:19-cv-03813-UA

*Ralph C. Phelleps v. Zimmer, Inc., et al.* - 1:20-cv-04177-UA

*Carolyn Plante v. Zimmer, Inc., et al.* - 1:18-cv-10807-PAC

*Sheila Plourde v. Zimmer, Inc., et al.* - 1:18-cv-11079-PAC

*Hildane K. Polky v. Zimmer, Inc., et al.* - 1:20-cv-03041-UA

*Jackie Powell v. Zimmer, Inc., et al.* - 1:18-cv-11264-PAC

*Earle Pride v. Zimmer, Inc., et al.* - 1:18-cv-10649-PAC

*Susan Proietti v. Zimmer, Inc., et al.* - 1:18-cv-11080-PAC

*Irene Quattlebaum and Gary Quattlebaum v. Zimmer, Inc., et al.* - 1:19-cv-02359-PAC

*Linda J. L. Radach v. Zimmer, Inc., et al.* - 1:19-cv-11180

*Stephen Dane Ray v. Zimmer, Inc., et al.* - 1:22-cv-09563

*Debra Huntoon Reeder v. Zimmer, Inc., et al.* - 1:19-cv-03768-UA

*Dennis Regnier v. Zimmer, Inc., et al.* - 1:20-cv-11124

*Leah Reinstein v. Zimmer, Inc., et al.* - 1:20-cv-01112

*Richard Rhoadarmer and Cheryl Rhoadarmer v. Zimmer, Inc., et al.* - 1:19-cv-10265-PAC

*Rian Rich v. Zimmer, Inc., et al.* - 1:18-cv-11083-PAC

*Susan and Neil Richardson v. Zimmer, Inc., et al.* - 1:20-cv-00333

*William Richardson v. Zimmer, Inc., et al.* - 1:23-cv-01509

*Jennifer Roberts v. Zimmer, Inc., et al.* - 1:18-CV-09744-PAC

*Mark A. Robinson v. Zimmer, Inc., et al.* - 1:21-cv-07494-PAC

*Dawn Rudolf v. Zimmer, Inc., et al.* - 1:19-cv-07893

*Richard Salzmann and Pamela Salzmann v. Zimmer, Inc., et al.* - 1:20-cv-01857

*Charlene Sandberg v. Zimmer, Inc., et al.* - 1:21-cv-01603

*Timothy G. Scott v. Zimmer, Inc., et al.* - 1:18-cv-10791-PAC

*Phillip Seale and Sarah Seale v. Zimmer, Inc., et al.* - 1:21-cv-07726

*Kay Seery v. Zimmer, Inc., et al.* - 1:18-mc-02859-PAC

*Cathy Senestraro v. Zimmer, Inc., et al.* - 1:21-cv-07739-UA

*Joseph H. Shaw v. Zimmer, Inc., et al.* - 1:17-cv-02119

*Joyce C. Shiera v. Zimmer, Inc., et al.* - 1:21-cv-01379-UA

*Donald A. Shumaker v. Zimmer, Inc., et al.* - 1:19-cv-008820-PAC

*Daryl Smith v. Zimmer, Inc., et al.* - 1:18-cv-10187-PAC

*Judith Smith and Robert Smith v. Zimmer, Inc., et al.* - 1:19-cv-03770-UA

*Mark A. Smith v. Zimmer, Inc., et al.* - 1:20-cv-10649-PAC

*Robert Smith v. Zimmer, Inc., et al.* - 1:21-cv-03650-UA

*Tammie Smith and Jaunt Smith v. Zimmer, Inc., et al.* - 1:21-cv-02847-UA

*Thomas F. Smith and Julie Smith v. Zimmer, Inc., et al.* - 1:19-cv-06788-UA

*Lawrence Snyder v. Zimmer, Inc., et al. - 1:21-cv-07778*

*Jenna Sondag and Timothy Sondag v. Zimmer, Inc., et al. - 1:19-cv-09231-PAC*

*Vickie Spear v. Zimmer, Inc., et al. - 1:20-cv-01938-UA*

*Jason Spiegal and Cherie Spiegal v. Zimmer, Inc., et al. - 1:19-cv-06567*

*Terry Steen v. Zimmer, Inc., et al. - 1:18-cv-11267-PAC*

*Kornelia Stephens v. Zimmer, Inc., et al. - 1:20-cv-10145-UA*

*Jeffrey P. Stevens and Judith Stevens v. Zimmer, Inc., et al. - 1:19-cv-03795*

*Barbara Stewart v. Zimmer, Inc., et al. - 1:21-cv-07753*

*Brooks W. Stoddard v. Zimmer, Inc., et al. - 1:20-cv-07183*

*Joy Stroehmann v. Zimmer, Inc., et al. - 1:19-cv-03697-UA*

*David Swim and Stacey Swim v. Zimmer, Inc., et al. - 1:19-cv-03507-PAC*

*Sisto Tarquino and Joan Carol Tarquino v. Zimmer, Inc., et al. - 1:21-cv-00443*

*Pamela T. Thetford v. Zimmer, Inc., et al. - 1:19-cv-07237-UA*

*James F. Thompson v. Zimmer, Inc., et al. - 1:19-cv-00310-PAC*

*Julie Thurston v. Zimmer, Inc., et al. - 1:18-cv-10792-PAC*

*Mary Lou Tillay v. Zimmer, Inc., et al. - 1:20-cv-02691-UA*

*Suzanne Torcasi and Michael Torcasi v. Zimmer, Inc., et al. - 1:20-cv-04212*

*Janna Torelli and Joseph Torelli v. Zimmer, Inc., et al. - 1:21-cv-07745-UA*

*Richard Torres and Pollyanna Torres v. Zimmer, Inc., et al. - 1:18-cv-10811-PAC*

*Mary Trezza v. Zimmer, Inc., et al. - 1:21-cv-07758*

*Janene Trujillo v. Zimmer, Inc., et al. - 1:20-cv-04237*

*Ione Turner v. Zimmer, Inc., et al. - 1:19-cv-08884-PAC*

*Suzanne Vallee v. Zimmer, Inc., et al. – 1:20-cv-04168-PAC*

*Pia Van de Venne and Theo Van de Venne v. Zimmer, Inc., et al. - 1:19-cv-04518-UA*

*David VanDaele and Tammy VanDaele v. Zimmer, Inc., et al.* - 1:21-cv-07629

*Bonnie Vandergrift v. Zimmer, Inc., et al.* - 1:20-cv-07454

*Gary Varney v. Zimmer, Inc., et al.* - 1:20-cv-03157-UA

*Dominique Vermette, Jr. v. Zimmer, Inc., et al.* - 1:20-cv-01129

*James Viania v. Zimmer, Inc., et al.* - 1:18-cv-09719-PAC

*Shannon Wainio v. Zimmer, Inc., et al.* - 1:21-cv-07474-PAC

*Carol Waldeier v. Zimmer, Inc., et al.* - 1:18-cv-10646-PAC

*Dianna S. Wallace and Rodney Wallace v. Zimmer, Inc., et al.* - 1:19-cv-06695

*Robert Warnes and Rachel Warnes v. Zimmer, Inc., et al.* - 1:21-cv-06111

*Sandra Waschow v. Zimmer, Inc., et al.* - 1:21-cv-07648

*Stanley Wegrzyn and Loretta Wegrzyn v. Zimmer, Inc., et al.* - 1:21-cv-07372

*Susan M. Wehling and Bruce W. Wehling v. Zimmer, Inc., et al.* - 1:19-cv-05206-UA

*Steven Wellman and Marilyn Wellman v. Zimmer, Inc., et al.* - 1:21-cv-07599-PAC

*Michael James White and Becky Ann White v. Zimmer, Inc., et al.* - 1:19-cv-06730

*Fred Williams v. Zimmer, Inc., et al.* - 1:20-cv-00921-PAC

*Robert Williams and Holly L. Williams v. Zimmer, Inc., et al.* - 1:21-cv-02561

*Wayne Witham and Wanetta Witham v. Zimmer, Inc., et al.* - 1:19-cv-03772-UA

*Gerald Wood v. Zimmer, Inc., et al.* - 1:19-cv-06743

*Ronald Woods and Yvonne Woods v. Zimmer, Inc., et al.* - 1:19-cv-08766-UA

*Garrett Wright v. Zimmer, Inc., et al.* - 1:20-cv-01167

*Jeanne Wuornos v. Zimmer, Inc., et al.* - 1:19-cv-00691-PAC

*Ross D. Yagoda v. Zimmer, Inc., et al.* - 1:21-cv-01906

*Ronald and Valerie Zabko v. Zimmer, Inc., et al.* - 1:20-cv-09202

*David E. Zumwalt and Kimberly A. Zumwalt v. Zimmer, Inc., et al.* - 1:20-cv-05461-PAC

-----------------------------------------------------------------x

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Jerry Adams, Plaintiff Eleanor Adamski; Plaintiff Paul Bradshaw; Plaintiff Ruth Hanna; Plaintiff Phyllis Hibbs; Plaintiff Joseph Jennings; Plaintiff Danny Kriseler; Plaintiff Robert Longdin; and Plaintiff Holly McDaniel; Plaintiff Eleanor Adamski; Robert J. Beres and LuAnn Beres; Attorney for Plaintiff Gerald P. DeMarco; Plaintiffs Thomas and Ruth Ann Demianczyk; Plaintiff Gary P. Durst; Plaintiff Cynthia Marino; Plaintiffs Phillip & Sarah Seale; and Plaintiffs Sisto & Joan Carol Tarquino; Plaintiffs Janice Aguirre, Plaintiffs Sam Ahlgren & Sheila Ahlgren, Plaintiff Marijo Chilli Green; Plaintiff Robert Helt; Plaintiff Christine Humphrey; Plaintiff Caretha Jackson; Plaintiff James Knapton; Plaintiff Ronald Mertz; Plaintiff Wanda Moon; Plaintiffs Leon and Sharon Neeley; Plaintiff Carolyn Perkins; Plaintiff James F. Thompson; Plaintiffs Dianna & Rodney Wallace; Plaintiff Fred Williams; Plaintiffs Ronald & Yvonne Woods; and Plaintiff Garrett Wright; Plaintiffs Kristine and Brooke Adams; Plaintiffs William Albair and Sandra Albair; Plaintiff Patricia Beaudoin; Plaintiffs Robert Campbell and Roseanne Mizzoni; Plaintiffs Diane Chase and Bruce Bourque; Plaintiffs Kenneth Conrad and Esther Conrad; Plaintiff Nanci Ames Curtis; Plaintiffs Norine Day and James Strang; Plaintiff Ellen DeCotiis; Plaintiff Pamela Dempsey; Plaintiffs Marion Donahue and Joseph Donahue; Plaintiffs Caryn Foss and John Foss; Plaintiff Debora Gellatly; Plaintiff Todd C. Goode; Plaintiff Alfred Gosselin, Plaintiffs Stephen Grannell and Catherine Grannell; Plaintiff Felicia Ham; Plaintiffs Henry and Betty Kennedy; Plaintiff Ilene Knight; Plaintiff Steven Lane; Plaintiff Patricia League; Plaintiff Marcianne Lewandowski; Plaintiff Jane Libby; Plaintiff Sandra Libby; Plaintiff Robert T. Lloyd; Plaintiffs Robert and Odette Marquis; Plaintiff Dorothy Maxwell; Plaintiffs John and Deborah McCleery; Plaintiffs Pamela and William

Michaud; Plaintiffs Susan Moore and Norman Moore; Plaintiffs Meredith Perkins and Stephen

Perkins; Plaintiff Sheila Plourde; Plaintiff Debra Huntoon Reeder; Plaintiff Timothy G. Scott;

Plaintiffs Judith Smith and Robert Smith; Plaintiffs David Swim and Stacey Swim; Plaintiff

Suzanne Vallee; Plaintiff Carol Waldeier; and Plaintiffs Wayne and Wanetta Witham; Plaintiff

Nathan M. Allen, Jr.; Plaintiff Henri J. Chenard; Plaintiff Corinne M. Coleman; Plaintiff Thomas

J. Denson; Plaintiff Deric V. DiGiuseppe; Plaintiff Brenda E. Flanagin; Plaintiff Rosalind B. Gerst;

Plaintiff Gary J. LeClair; Plaintiff Georgia B. Leeman; Plaintiff Richard W. Martin; Plaintiff

Kathleen J. Meservey; Plaintiff Donata M. Ouellette; Plaintiff Hildane K. Polky; Plaintiff Donald

A. Shumaker; Plaintiff Mark A. Smith; Plaintiff Brook W. Stoddard; and Plaintiff Gary Varney;

Plaintiffs Arla M. Angell and Thomas K. Arnold; Plaintiff Donna Berry; Plaintiff Eunice Burning;

Plaintiffs Glen Davis and Darcy Davis; Plaintiff Mary Graham-Fortin, Plaintiff Sarah K. Gray;

Plaintiff Allin Harley; Plaintiffs Robert and Dianna Harris; Plaintiff John Hawkins; Plaintiff Joline

Hayward; Plaintiff Reynold Hulse; Plaintiff Suzanne Jack; Plaintiff Sherry Jessee; Plaintiff Jean

Nattier; Plaintiff Carolyn Norton; Plaintiff Tamma Nutting; Plaintiff Edward Olsen; Plaintiff

Jennifer Roberts; Plaintiff Dawn Rudolf; Plaintiff Charlene Sandberg; Plaintiff Joseph H. Shaw;

Plaintiff Robert Smith; Plaintiff Thomas & Julie Smith; Plaintiff Barbara Stewart; Plaintiff Julie

Thurston; Plaintiff James Viania; and Plaintiff Gerald Wood; Plaintiffs Gregory K. Archibald and

Jerry Archibald; Plaintiffs Michael Derifield and Carole Derifield; Plaintiffs Daniel W. Hickey

and Laura Jo Herman; Plaintiffs Michael James Lambe & Marilyn Plitnik; Plaintiff Linda J. L.

Radach; Plaintiff Lawrence Snyder; and Plaintiffs Michael James & Becky White; Plaintiff Jerome

Atkins; and Plaintiff Linda Miller; Plaintiffs, Leonard Balewski, as Executor of the Estate of Carol

L. Balewski & Leonard Balewski; Sandra R. Borncamp; Plaintiffs Edith L. Escala and Gerald C.

Escala; Plaintiffs Allen Flesher and Adele Flesher; Plaintiffs Marjorie A. Gajeski and Peter T.

Gajeski; Plaintiffs Bruce D. Gingrich and Kathryn A. Gingrich; Plaintiffs Annemarie and Mark Hughes; Plaintiff Terrance F. Lambert; Plaintiff Patricia S. Mather; Plaintiffs Thomas D. Morgan (deceased) by Personal Representative Sharon L. Morgan; Plaintiffs Pia & Theo van de Venne; Plaintiffs David & Tammy VanDaele; and Plaintiffs Robert Scott & Holly Williams; Plaintiff Ronald G. Barnes; Plaintiff Michael K. Brown; Plaintiff David Buterbaugh; Plaintiff Nicholas Dahinden; Plaintiff Robert Fick; Plaintiff Barbara Garlington; Plaintiff Kathleen Gotham; Plaintiff Ricardo Hinton; Plaintiff Marvin S. Hom; Plaintiff Tom Kucer; Plaintiffs Patricia & Gerald Lundholm; Plaintiff Ernesto Martinez; Plaintiffs Nicholas & Nancy Monsour; Plaintiffs Linda & Antonio Panebianco; Plaintiff Ralph C. Phelleps; Plaintiff Rian Rich; Plaintiff Mark A. Robinson; Plaintiff Daryl Smith; Plaintiff Mary Trezza; and Plaintiffs Ronald & Valerie Zabko; Plaintiffs Bruce Barrott and Sandy Barrott; Plaintiffs Melanie Erskine and John Erskine; Plaintiffs Mary Fiocchi and John Fiocchi; Plaintiff John Hale; and Plaintiffs Joseph & Gladys Marasti; Plaintiff Jan Bauman; Plaintiff Maureen Benner; Plaintiffs Daniel Brosnan and Robert Brosnan; Plaintiffs Martin Calvin and Deborah Calvin; Plaintiffs David Dodge and Kerstin Gusterman; Plaintiffs Katherine Erlichman and Edward Erlichman; Plaintiffs Judith & Verl Jackson; Plaintiffs Judith & Robert James; Plaintiffs Alan & Lynda Koraltan; Plaintiffs Mary Jo & Donald W. Liesch; Plaintiffs Maureen S. & Charles N. Lovell; Plaintiffs Robert & Janice Luckasavage; Plaintiff Maureen Martin; Plaintiffs Janice E. & Donald Miller; Plaintiff Luigi Muzzin; Plaintiff Corinne Myhre; Plaintiff Rita Myrick; Plaintiffs Miloslava & Jaromir Nesvadba; Plaintiff Susan Nolin; Plaintiff Earle Pride; Plaintiff Cathy Senestraro; Plaintiff Tammie & Jaunt Smith; Plaintiffs Jeffrey & Judith Stevens; Plaintiff Joy Stroehmann; Plaintiffs Suzanne & Michael Torcasi; and Plaintiffs Janna & Joseph Torelli; Plaintiffs Lewis Bellas and Penny Bellas; Sheryl Boyd; Plaintiffs Jerod M. Field and Willi T. Field; Plaintiff Barbara Gibson; Plaintiffs Kyle & Ellen Johnson; Plaintiffs

Shelly & Keith Klobnak; Plaintiffs Joseph & Nancy Little; Plaintiff Concetta Norris; and Plaintiffs Irene & Gary Quattlebaum; Plaintiffs Stanley M. Brooks and Nancy J. Brooks; Plaintiffs Russell Bruesewitz and Robalee Bruesewitz; Plaintiffs Mary Margaret Anderson and Marshall T. Fay III; Plaintiffs Janaan Botzau and Tomas Botzau; Plaintiff Lee H. Chodorow; Plaintiff Carole Dowling; Plaintiff Mary Downey; Plaintiff Janet E. Ferguson; Plaintiff Dona Fitzgerald; Plaintiff Patricia J. Flora; Plaintiff Barbara A. Flores; Plaintiffs Dennis Foley and Donna Foley; Plaintiff Edward E. Geisler; Plaintiffs Marlene H. Glaze and Jerry R. Glaze; Plaintiffs Elizabeth and Ray Hackett; Plaintiffs Diane & Walter Hammerling; Plaintiff Margie Hanns; Plaintiff Arthur Harris; Plaintiffs Robert & Carol Heppner; Plaintiff Marilyn F. Hill; Plaintiff Matthew Hill; Plaintiff William E. Holland; Plaintiff William Hollenkamp; Plaintiff Linda Jefferson; Plaintiff Lana Jones; Plaintiff Genevieve T. LaSota; Plaintiff Jeanette Laufer; Plaintiffs Suzanne & Donald Laukka; Plaintiffs Thomas & Margaret Lovering; Plaintiff Randis Marquardt; Plaintiff Don R. McAllister; Plaintiff Ellen McDermott; Plaintiff Maryann McDonald; Plaintiff Jill Metzger; Plaintiffs Charles & Serenah Michelsen; Plaintiffs Frank & Donna Milito; Plaintiff Janice Montez; Plaintiff Judith Nagel; Plaintiff David Ness; Plaintiff Donna Norrie; Plaintiff Jack Palmer; Plaintiff David Pastor; Plaintiff Carolyn Plante; Plaintiff Jackie Powell; Plaintiffs Richard & Cheryl Rhoadarmer; Plaintiffs Richard & Pamela Salzmann; Plaintiff Kay Seery; Plaintiff Joyce C. Shiera; Plaintiff Vickie Spear; Plaintiff Terry Steen; Plaintiff Kornelia Stephens; Plaintiff Ione Turner; Plaintiff Dominique Vermette Jr.; Plaintiff Shannon Wainio; Plaintiff Sandra Waschow; Plaintiffs Steven and Marilyn Wellman; and Plaintiff Jeanne Wuornos; Plaintiffs Donald Campeau and Susan D. Campeau; and Plaintiffs Richard & Pollyanna Torres; Plaintiffs Michael Cipro and Diana Cipro; Plaintiff William H. Greene; Plaintiff Jo Mascorro; and Plaintiffs Wendy & Frederick Ness; Plaintiffs Gary Cohen and Jeannine Cohen; and Plaintiffs Anthony & Susan Mannochio; Plaintiff

Mary Curran; Plaintiff Paula Dimit; and Plaintiffs Robert & Rachel Warnes; Plaintiffs Dennis Doble and Lenora Doble; Plaintiff Linda Domagala; Plaintiff Alan Druskin; Plaintiffs David C. Gabler and Wendy Gabler; and Plaintiffs Albert Girtz and Barbara Girtz; Plaintiffs Magdalena Estrada and Raul Estrada; Plaintiff Judy Grumet; Plaintiffs Peter Kellman & Rebekah Yonan; and Plaintiff Mary Kelly; Plaintiff Julie Falcone; Plaintiff Carol Fiene; Plaintiff Margaret Fig; Plaintiffs Nancy Finn and Peter Finn; Plaintiff Elaine Gallo; and Plaintiff Mary Lou Tillay; Plaintiff John R. Giegel; and Plaintiff Susan Proietti; Plaintiffs Trudy and Joseph Green; Plaintiffs Louis and Debra Haddad; Plaintiff Judith Harms; Plaintiffs Sandra & Paul Perala; and Plaintiff Dennis Regnier; Plaintiff Paulette Hartley; Plaintiff Janet Hone; Plaintiff Richard Kulesza; and Plaintiff Leah Reinstein; Plaintiff Janet H. Jones; and Plaintiff Pamela T. Thetford; Plaintiff Thomas Kothman; Plaintiff William Richardson; and Plaintiff Bonnie Vandergrift; Plaintiff Anne G. Liguori; Plaintiffs Steven & Kelli Maines; and Plaintiffs Jason & Cherie Spiegal; Plaintiff Margaret J. Murray; Plaintiffs John Myers & Joan Toth; Plaintiff Daniel Rico Nava; Plaintiff Stephen Dane Ray; Plaintiffs Susan and Neil Richardson; and Plaintiffs David and Kimberly Zumwalt; Plaintiffs Jenna & Timothy Sondag; Plaintiffs Stanley & Loretta Wegrzyn; Plaintiffs Susan and Bruce Wehling; and Plaintiff Ross D. Yagoda; and Defendants Zimmer, Inc., Zimmer US, Inc. and Zimmer Biomet Holdings, f/k/a Zimmer Holdings, Inc.in the above-captioned cases stipulate to a dismissal of the above-captioned cases with prejudice.  The parties shall bear their own costs and attorney fees.

Dated: December 7, 2023

By:    */s/ Sean J. Powell*    _____

Sean J. Powell (*Admitted PHV*)
Michael J. Kanute (*Admitted PHV*)
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
mike.kanute@faegredrinker.com
sean.powell@faegredrinker.com

*Attorneys for Defendants, Zimmer, Inc., Zimmer US, Inc. and Zimmer Biomet Holdings, f/k/a Zimmer Holdings, Inc.*


By:    */s/ Daniel A. Nigh (with permission)*    _____

Daniel A. Nigh
Nigh Goldenberg Raso & Vaughan PLLC
14 Ridge Square NW – Third Floor
Washington, DC 20016
dnigh@nighgoldenberg.com

*Attorney for Plaintiff Jerry Adams, Plaintiff Eleanor Adamski; Plaintiff Paul Bradshaw; Plaintiff Ruth Hanna; Plaintiff Phyllis Hibbs; Plaintiff Joseph Jennings; Plaintiff Danny Kriseler; Plaintiff Robert Longdin; and Plaintiff Holly McDaniel*


By:    */s/ Thomas R. Anapol (with permission)*    _____

Thomas R. Anapol
Anapol Weiss
130 North 18th Street, Suite 1600
Philadelphia, PA, 19103
tanapol@anapolweiss.com

*Attorney for Plaintiff Eleanor Adamski; Robert J. Beres and LuAnn Beres; Attorney for Plaintiff Gerald P. DeMarco; Plaintiffs Thomas and Ruth Ann Demianczyk; Plaintiff Gary P. Durst; Plaintiff Cynthia Marino; Plaintiffs Phillip & Sarah Seale; and Plaintiffs Sisto & Joan Carol Tarquino*

By:  ___/s/ Basil E. Adham (with permission)___

Basil E. Adham
Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, TX 77020
badham@johnsonlawgroup.com

*Attorney for Plaintiffs Janice Aguirre, Plaintiffs Sam Ahlgren & Sheila Ahlgren, Plaintiff Marijo Chilli Green; Plaintiff Robert Helt; Plaintiff Christine Humphrey; Plaintiff Caretha Jackson; Plaintiff James Knapton; Plaintiff Ronald Mertz; Plaintiff Wanda Moon; Plaintiffs Leon and Sharon Neeley; Plaintiff Carolyn Perkins; Plaintiff James F. Thompson; Plaintiffs Dianna & Rodney Wallace; Plaintiff Fred Williams; Plaintiffs Ronald & Yvonne Woods; and Plaintiff Garrett Wright*

By:  ___/s/ Kevin M. Fitzgerald (with permission)___

Kevin M. Fitzgerald
Fitzgerald Law Group, LLC
120 Exchange St., Ste. 200
Portland, ME 04101
kfitzgerald@fitz-lawgroup.com

*Attorney for Plaintiffs Kristine and Brooke Adams; Plaintiffs William Albair and Sandra Albair; Plaintiff Patricia Beaudoin; Plaintiffs Robert Campbell and Roseanne Mizzoni; Plaintiffs Diane Chase and Bruce Bourque; Plaintiffs Kenneth Conrad and Esther Conrad; Plaintiff Nanci Ames Curtis; Plaintiffs Norine Day and James Strang; Plaintiff Ellen DeCotiis; Plaintiff Pamela Dempsey; Plaintiffs Marion Donahue and Joseph Donahue; Plaintiffs Caryn Foss and John Foss; Plaintiff Debora Gellatly; Plaintiff Todd C. Goode; Plaintiff Alfred Gosselin, Plaintiffs Stephen Grannell and Catherine Grannell; Plaintiff Felicia Ham; Plaintiffs Henry and Betty Kennedy; Plaintiff Ilene Knight; Plaintiff Steven Lane; Plaintiff Patricia League; Plaintiff Marcianne Lewandowski; Plaintiff Jane Libby; Plaintiff Sandra Libby; Plaintiff Robert T. Lloyd; Plaintiffs Robert and Odette Marquis; Plaintiff Dorothy Maxwell; Plaintiffs John and Deborah McCleery; Plaintiffs Pamela and William Michaud; Plaintiffs Susan Moore and Norman Moore; Plaintiffs Meredith Perkins and Stephen Perkins; Plaintiff Sheila Plourde; Plaintiff Debra Huntoon Reeder; Plaintiff Timothy G. Scott; Plaintiffs Judith Smith and Robert Smith; Plaintiffs David Swim and Stacey Swim; Plaintiff Suzanne Vallee; Plaintiff Carol Waldeier; and Plaintiffs Wayne and Wanetta Witham*

By:   */s/ Susan A. Faunce (with permission)*

Susan A. Faunce
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME 04243
sfaunce@bermansimmons.com

*Attorney for Plaintiff Nathan M. Allen, Jr.; Plaintiff Henri J. Chenard; Plaintiff Corinne M. Coleman; Plaintiff Thomas J. Denson; Plaintiff Deric V. DiGiuseppe; Plaintiff Brenda E. Flanagin; Plaintiff Rosalind B. Gerst; Plaintiff Gary J. LeClair; Plaintiff Georgia B. Leeman; Plaintiff Richard W. Martin; Plaintiff Kathleen J. Meservey; Plaintiff Donata M. Ouellette; Plaintiff Hildane K. Polky; Plaintiff Donald A. Shumaker; Plaintiff Mark A. Smith; Plaintiff Brook W. Stoddard; and Plaintiff Gary Varney*

By:   */s/ George McLaughlin (with permission)*

George McLaughlin
McLaughlin Law Firm, PC
1890 Gaylord St.
Denver, CO 80206
gem@w-mlawgroup.com
*Attorney for Plaintiff Carol T. Anderson; and Plaintiff Jeremiah T. O'Shea*

By:   */s/ Joseph A. Osborne (with permission)*

Joseph A. Osborne
Osborne & Francis, PLLC
433 Plaza Real Blvd., Suite 271
Boca Raton, FL 33432
josborne@realtoughlawyers.com

*Attorney for Plaintiffs Arla M. Angell and Thomas K. Arnold; Plaintiff Donna Berry; Plaintiff Eunice Burning; Plaintiffs Glen Davis and Darcy Davis; Plaintiff Mary Graham-Fortin, Plaintiff Sarah K. Gray; Plaintiff Allin Harley; Plaintiffs Robert and Dianna Harris; Plaintiff John Hawkins; Plaintiff Joline Hayward; Plaintiff Reynold Hulse; Plaintiff Suzanne Jack; Plaintiff Sherry Jessee; Plaintiff Jean Nattier; Plaintiff Carolyn Norton; Plaintiff Tamma Nutting; Plaintiff Edward Olsen; Plaintiff Jennifer Roberts; Plaintiff Dawn Rudolf; Plaintiff Charlene Sandberg; Plaintiff Joseph H. Shaw; Plaintiff Robert Smith; Plaintiff Thomas & Julie Smith; Plaintiff Barbara Stewart; Plaintiff Julie Thurston; Plaintiff James Viania; and Plaintiff Gerald Wood*

By:   */s/ Peter A. Sandberg (with permission)*

Peter A. Sandberg
Ingaldson Fitzgerald, P.C.
813 West Third Avenue
Anchorage, AK 99501
peters@impc-law.com

*Attorney for Plaintiffs Gregory K. Archibald and Jerry Archibald; Plaintiffs Michael Derifield and Carole Derifield; Plaintiffs Daniel W. Hickey and Laura Jo Herman; Plaintiffs Michael James Lambe & Marilyn Plitnik; Plaintiff Linda J. L. Radach; Plaintiff Lawrence Snyder; and Plaintiffs Michael James & Becky White*

By:   */s/ Lisa Ann Gorshe (with permission)*

Lisa Ann Gorshe
Johnson Becker, PLLC
444 Cedar St., Ste. 1800
St. Paul, MN 55101
lgorshe@johnsonbecker.com

*Attorney for Plaintiff Dennis J. Artman*

By:   */s/ Celeste Anrea Evangelisti (with permission)*

Celeste Anrea Evangelisti
Holly Werkema
Baron & Budd PC
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
cevangelisti@baronbudd.com

*Attorney for Plaintiff Jerome Atkins; and Plaintiff Linda Miller*

By:   */s/ Ellen Relkin (with permission)*

Ellen Relkin
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
erelkin@weitzlux.com

*Attorney for Plaintiffs, Leonard Balewski, as Executor of the Estate of Carol L. Balewski &
Leonard Balewski; Sandra R. Borncamp; Plaintiffs Edith L. Escala and Gerald C. Escala;
Plaintiffs Allen Flesher and Adele Flesher; Plaintiffs Marjorie A. Gajeski and Peter T. Gajeski;
Plaintiffs Bruce D. Gingrich and Kathryn A. Gingrich; Plaintiffs Annemarie and Mark Hughes;
Plaintiff Terrance F. Lambert; Plaintiff Patricia S. Mather; Plaintiffs Thomas D. Morgan
(deceased) by Personal Representative Sharon L. Morgan; Plaintiffs Pia & Theo van de Venne;
Plaintiffs David & Tammy VanDaele; and Plaintiffs Robert Scott & Holly Williams*

By:   */s/ Alex C. Davis (with permission)*

Alex C. Davis
Alex Davis Law Office PSC
445 Baxter Avenue, Suite 275
Louisville, KY 40204
alex@acdavislaw.com

*Attorney for Plaintiff Ronald G. Barnes; Plaintiff Michael K. Brown; Plaintiff David
Buterbaugh; Plaintiff Nicholas Dahinden; Plaintiff Robert Fick; Plaintiff Barbara Garlington;
Plaintiff Kathleen Gotham; Plaintiff Ricardo Hinton; Plaintiff Marvin S. Hom; Plaintiff Tom
Kucer; Plaintiffs Patricia & Gerald Lundholm; Plaintiff Ernesto Martinez; Plaintiffs Nicholas &
Nancy Monsour; Plaintiffs Linda & Antonio Panebianco; Plaintiff Ralph C. Phelleps; Plaintiff
Rian Rich; Plaintiff Mark A. Robinson; Plaintiff Daryl Smith; Plaintiff Mary Trezza; and
Plaintiffs Ronald & Valerie Zabko*

By:   */s/ Ilyas Sayeg (with permission)*

Ilyas Sayeg
Maglio Christopher & Toale, PA
1605 Main St., Ste. 710
Sarasota, FL 34236
isayeg@mctlawyers.com

*Attorney for Plaintiffs Bruce Barrott and Sandy Barrott; Plaintiffs Melanie Erskine and John
Erskine; Plaintiffs Mary Fiocchi and John Fiocchi; Plaintiff John Hale; and Plaintiffs Joseph &
Gladys Marasti*

By:   */s/ Wendy R. Fleishman (with permission)*

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson St., 8th Fl.
New York, NY 10013
wfleishman@lchb.com

*Attorney for Plaintiff Jan Bauman; Plaintiff Maureen Benner; Plaintiffs Daniel Brosnan and Robert Brosnan; Plaintiffs Martin Calvin and Deborah Calvin; Plaintiffs David Dodge and Kerstin Gusterman; Plaintiffs Katherine Erlichman and Edward Erlichman; Plaintiffs Judith & Verl Jackson; Plaintiffs Judith & Robert James; Plaintiffs Alan & Lynda Koraltan; Plaintiffs Mary Jo & Donald W. Liesch; Plaintiffs Maureen S. & Charles N. Lovell; Plaintiffs Robert & Janice Luckasavage; Plaintiff Maureen Martin; Plaintiffs Janice E. & Donald Miller; Plaintiff Luigi Muzzin; Plaintiff Corinne Myhre; Plaintiff Rita Myrick; Plaintiffs Miloslava & Jaromir Nesvadba; Plaintiff Susan Nolin; Plaintiff Earle Pride; Plaintiff Cathy Senestraro; Plaintiff Tammie & Jaunt Smith; Plaintiffs Jeffrey & Judith Stevens; Plaintiff Joy Stroehmann; Plaintiffs Suzanne & Michael Torcasi; and Plaintiffs Janna & Joseph Torelli*

By:   */s/ Brenda Sue Fulmer (with permission)*

Brenda Sue Fulmer
Searcy Denney Scarola Barnhart & Shipley, PA
2139 Palm Beach Lake Blvd.
West Palm Beach, FL 33409
bsf@searcylaw.com

*Attorney for Plaintiffs Lewis Bellas and Penny Bellas; Sheryl Boyd; Plaintiffs Jerod M. Field and Willi T. Field; Plaintiff Barbara Gibson; Plaintiffs Kyle & Ellen Johnson; Plaintiffs Shelly & Keith Klobnak; Plaintiffs Joseph & Nancy Little; Plaintiff Concetta Norris; and Plaintiffs Irene & Gary Quattlebaum*

By:   */s/ Gary R. Katz (with permission)*

Gary R. Katz
Law Office of Gary R. Katz
224 East Street Road, Ste 201
Kenneth Square, PA 19348
garykatz@gmail.com

*Attorney for Plaintiffs Stanley M. Brooks and Nancy J. Brooks*

By:  */s/ Robert A. Bracken (with permission)*

Robert A. Bracken
Bracken Law Firm
500 Grant St., Ste. 2900
Pittsburgh, PA 15219
rab@thebrackenlawfirm.com
*Attorney for Plaintiffs Russell Bruesewitz and Robalee Bruesewitz*


By:  */s/ Genevieve M. Zimmerman (with permission)*

Genevieve M. Zimmerman
Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Ave.
Minneapolis, MN 55404
gzimmerman@meshbesher.com

*Attorney for Plaintiffs Mary Margaret Anderson and Marshall T. Fay III; Plaintiffs Janaan Botzau and Tomas Botzau; Plaintiff Lee H. Chodorow; Plaintiff Carole Dowling; Plaintiff Mary Downey; Plaintiff Janet E. Ferguson; Plaintiff Dona Fitzgerald; Plaintiff Patricia J. Flora; Plaintiff Barbara A. Flores; Plaintiffs Dennis Foley and Donna Foley; Plaintiff Edward E. Geisler; Plaintiffs Marlene H. Glaze and Jerry R. Glaze; Plaintiffs Elizabeth and Ray Hackett; Plaintiffs Diane & Walter Hammerling; Plaintiff Margie Hanns; Plaintiff Arthur Harris; Plaintiffs Robert & Carol Heppner; Plaintiff Marilyn F. Hill; Plaintiff Matthew Hill; Plaintiff William E. Holland; Plaintiff William Hollenkamp; Plaintiff Linda Jefferson; Plaintiff Lana Jones; Plaintiff Genevieve T. LaSota; Plaintiff Jeanette Laufer; Plaintiffs Suzanne & Donald Laukka; Plaintiffs Thomas & Margaret Lovering; Plaintiff Randis Marquardt; Plaintiff Don R. McAllister; Plaintiff Ellen McDermott; Plaintiff Maryann McDonald; Plaintiff Jill Metzger; Plaintiffs Charles & Serenah Michelsen; Plaintiffs Frank & Donna Milito; Plaintiff Janice Montez; Plaintiff Judith Nagel; Plaintiff David Ness; Plaintiff Donna Norrie; Plaintiff Jack Palmer; Plaintiff David Pastor; Plaintiff Carolyn Plante; Plaintiff Jackie Powell; Plaintiffs Richard & Cheryl Rhoadarmer; Plaintiffs Richard & Pamela Salzmann; Plaintiff Kay Seery; Plaintiff Joyce C. Shiera; Plaintiff Vickie Spear; Plaintiff Terry Steen; Plaintiff Kornelia Stephens; Plaintiff Ione Turner; Plaintiff Dominique Vermette Jr.; Plaintiff Shannon Wainio; Plaintiff Sandra Waschow; Plaintiffs Steven and Marilyn Wellman; and Plaintiff Jeanne Wuornos*

By:    */s/ John A. Zick (with permission)*

John A. Zick
Debrincat, Padgett, Kobliska & Zick, PLLC
34705 W. Twelve Mile Rd., Ste. 311
Arboretum Office Park
Farmington Hills, MI 48331
jzick@dpkzlaw.com

*Attorney for Plaintiffs Donald Campeau and Susan D. Campeau; and Plaintiffs Richard & Pollyanna Torres*

By:    */s/ Walter Kelly (with permission)*

Walter Kelly
Paula S. Bliss
Bernheim Kelley Battista & Bliss
4 Court St.
Plymouth, MA 02360
wkelley@realjustice.com

*Attorney for Plaintiffs Michael Cipro and Diana Cipro; Plaintiff William H. Greene; Plaintiff Jo Mascorro; and Plaintiffs Wendy & Frederick Ness*

By:    */s/ Marilyn T. McGoldrick (with permission)*

Marilyn T. McGoldrick
Thornton Law Firm LLP
One Lincoln St., 25th Fl.
Boston, MA 02110
mmcgoldrick@tenlaw.com

*Attorney for Plaintiffs Gary Cohen and Jeannine Cohen; and Plaintiffs Anthony & Susan Mannochio*

By:     */s/ Mark DiCello (with permission)*

Mark DiCello
DiCello Levitt Gutzler LLC
7556 Mentor Ave.
Mentor, OH 44060
madicello@dicellolevitt.com

*Attorney for Plaintiff Mary Curran*


By:     */s/ Roopal Luhana (with permission)*

Roopal Luhana
Chaffin Luhana LLP
600 Third Ave., 12th FL
New York, NY 10016
luhana@chaffinluhana.com

*Attorney for Plaintiff Paula Dimit; and Plaintiffs Robert & Rachel Warnes*


By:     */s/ Matthew S. Dunn (with permission)*

Matthew S. Dunn
Swartz & Swartz
10 Marshall St.
Boston, MA 02108
mdunn@swartzlaw.com

*Attorney for Plaintiffs Dennis Doble and Lenora Doble*


By:     */s/ Christa M. Carpenter (with permission)*

Christa M. Carpenter
Patients Law Firm, PA
3411 Alternate 19, Ste. A
Palm Harbor, FL 34683
ccarpenter@patientslawfirm.com

*Attorney for Plaintiff Linda Domagala*

By:  */s/ Noah C. Lauricella (with permission)*

Noah C. Lauricella
Goldenberg Law
800 LaSalle Ave., Ste. 2150
Minneapolis, MN 554021
nlauricella@goldenberglaw.com

*Attorney for Plaintiff Alan Druskin; Plaintiffs David C. Gabler and Wendy Gabler; and Plaintiffs Albert Girtz and Barbara Girtz*


By:  */s/ Jessica S. Williams (with permission)*

Jessica S. Williams
Gomez Trial Attorneys
655 W. Broadway, Ste. 1700
San Diego, CA 92101
jwilliams@gomeztrialattorneys.com

*Attorney for Plaintiffs Magdalena Estrada and Raul Estrada; Plaintiff Judy Grumet; Plaintiffs Peter Kellman & Rebekah Yonan; and Plaintiff Mary Kelly*


By:  */s/ Joseph G. Dell (with permission)*

Joseph G. Dell
Dell & Dean
1225 Franklin Ave., Ste. 11530
Garden City, NY 11530
jdell@d2triallaw.com

*Attorney for Plaintiff Julie Falcone*


By:  */s/ Patrick F. Bradley (with permission)*

Patrick F. Bradley
Clifford Law Offices, P.C.
120 N. LaSalle St., Ste. 3100
Chicago, IL 60602
pfb@cliffordlaw.com

*Attorney for Plaintiff Carol Fiene*

By:    _/s/ John H. Gomez (with permission)_____

John H. Gomez
Gomez Trial Attorneys
755 Front St.
San Diego, CA 92101
john@getgomez.com

*Attorney for Plaintiff Margaret Fig*


By:    _/s/ Benjamin R. Zimmerman (with permission)_____

Benjamin R. Zimmerman
Sugarman and Sugarman, PC
31 St. James Ave., 10th Fl.
Boston, MA 02116
bzimmerman@sugarman.com

*Attorney for Plaintiffs Nancy Finn and Peter Finn*


By:    _/s/ Joseph H. Saunders (with permission)_____

Joseph H. Saunders
Saunders & Walker PA
3491 Gandy Blvd., Ste. 200
Ponellas Park, FL 33781
joe@saunderslawyers.com

*Attorney for Plaintiff Elaine Gallo; and Plaintiff Mary Lou Tillay*


By:    _/s/ James E. Cecchi(with permission)_____

James E. Cecchi
Carella Byrne Cecchi Olstein Brody & Agnello, PC
5 Becker Farm Rd.
Roseland, NJ 07068
jcecchi@carellabyme.com

*Attorney for Plaintiff John R. Giegel; and Plaintiff Susan Proietti*

By:    */s/ Thomas E. Crenney (with permission)*

Thomas E. Crenney
Thomas E. Creeney & Associates, LLC
267 Nicholson Road, Bldg. 1
Sewickley, PA 15143
tecrenney@crenney.com

*Attorney for Plaintiffs Trudy and Joseph Green*


By:    */s/ Joel T. Faxon (with permission)*

Joel T. Faxon
Faxon Law Group LLC
59 Elm Street
New Haven, CT 06510
jfaxon@faxonlawgroup.com

*Attorney for Plaintiffs Louis and Debra Haddad*

By:    */s/ Laura L. Pittner (with permission)*

Laura L. Pittner
Goldenberg Law
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
lpittner@goldenberglaw.com

*Attorney for Plaintiff Judith Harms; Plaintiffs Sandra & Paul Perala; and Plaintiff Dennis Regnier*


By:    */s/ Curtis Brooks Cutter (with permission)*

Curtis Brooks Cutter
Cutter Law P.C.
401 Watt Avenue
Sacramento, CA 95864
bcutter@cutterlaw.com

*Attorney for Plaintiff Paulette Hartley*

By:   */s/ Alexander Dwyer (with permission)*

Alexander Dwyer
Kirkendall Dwyer LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
adwyer@kirkendalldwyer.com

*Attorney for Plaintiff Janet Hone; Plaintiff Richard Kulesza; and Plaintiff Leah Reinstein*


By:   */s/ Douglas A. Kreis (with permission)*

Douglas A. Kreis
Aylstock Witkin Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
dkreis@awkolaw.com

*Attorney for Plaintiff Janet H. Jones; and Plaintiff Pamela T. Thetford*


By:   */s/ Joseph M. Barnes (with permission)*

Joseph M. Barnes
The Reardon Law Firm PC
160 Hempstead Street
New London, CT 06320
jbarnes@reardonlaw.com

*Attorney for Plaintiff Thomas Kothman; Plaintiff William Richardson; and Plaintiff Bonnie Vandergrift*


By:   */s/ Desmond C.B. Lyons (with permission)*

Desmond C.B. Lyons
Lyons McGovern LLP
339 Knollwood Road, Suite 216
White Plains, NY 10603
dlyons@lyons-mcgovern.com

*Attorney for Anne G. Liguori*

By:   */s/ Stuart C. Talley (with permission)*

Stuart C. Talley
Kershaw Cook & Talley PC
401 Watt Avenue
Sacramento, CA 95864
stuart@kctlega.com

*Attorney for Plaintiffs Steven & Kelli Maines; and Plaintiffs Jason & Cherie Spiegal*


By:   */s/ Francis P. Morrissey (with permission)*

Francis P. Morrissey
Wise Morrissey, LLC
161 N. Clark, Suite 3250
Chicago, IL 60601
fpm@wisemorrissey.com

*Attorney for Plaintiff Margaret J. Murray*


By:   */s/ J. Wynne Herron (with permission)*

J. Wynne Herron
Herron & Herron
2233 Sobre Vista Road
Sonoma, CA 95476
laura@herron-herron.com

*Attorneys John Myers & Joan Toth*


By:   */s/ Nicholas P. Farnolo (with permission)*

Nicholas P. Farnolo
Napoli Shkolnik PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747
nfarnolo@napolilaw.com

*Attorney for Plaintiff Daniel Rico Nava*

By:   */s/ Holly Kelly Ennis (with permission)*

Holly Kelly Ennis
Ennis & Ennis, P.A.
110 East Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Holly@ennislaw.com

*Attorney for Plaintiff Stephen Dane Ray*


By:   */s/ Heath P. Straka (with permission)*

Heath P. Straka
Axley Brynelson LLP
2 East Mifflin Street, Suite 200
Madison, WI 53701
hstraka@axley.com

*Attorney for Plaintiffs Susan and Neil Richardson; and Plaintiffs David and Kimberly Zumwalt*


By:   */s/ Larry D. Helvey (with permission)*

Larry D. Helvey
Larry Helvey Law Firm
2735 First Avenue SE, Suite 101
Cedar Rapids, IA 5242
lhelvey@helveylaw.com

*Attorney for Plaintiffs Jenna & Timothy Sondag*


By:   */s/ Steven F. Bus (with permission)*

Steven F. Bus
Law Offices of Steven F. Bus, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
sfblaw@sbcglobal.net

*Attorney for Plaintiff Janene Trujillo*

By:    */s/ James Coogan (with permission)*

James Coogan
Dwyer & Coogan, P.C.
444 N. Northwest Hwy., Suite 153
Park Ridge, IL 60068
jcoogan@dwyercoogan.com

*Attorney to Plaintiffs Stanley & Loretta Wegrzyn*


By:    */s/ Ashton Rose Smith (with permission)*

Ashton Rose Smith
Moore Law Group PLLC
1473 South 4th Street
Louisville, KY 40208
ashton@moorelawgroup.com

*Attorneys for Plaintiffs Susan and Bruce Wehling*


By:    */s/ Derek Braslow (with permission)*

Derek Braslow
The Braslow Firm, LLC / Ketterer Browne & Anderson, LLC
336 S. Main Street, Suite 2A-C
Bel Air, MD 21014
derek@kbaattorneys.com

*Attorneys for Plaintiff Ross D. Yagoda*